IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MAUDIE OWENS                                                                                   PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:04CV1007-TSL-JCS

JOSEPH M. WYNN and ALTIVIA
CORPORATION                                                                                  DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER came on before the Court on the unopposed Motion of the plaintiff to dismiss this matter. The Court finds that the motion is well taken and should be granted and does find that this cause should be dismissed without prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered cause is hereby dismissed without prejudice and each party shall bear its own cost.

SO ORDERED AND ADJUDGED, this the 2nd day of April, 2007.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE